**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-2280**

_____

DEEPAK MEHRA,

          Plaintiff - Appellant,

    v.

UNITED STATES DEPARTMENT OF LABOR; WEST VIRGINIA UNIVERSITY,

          Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:22-cv-00062-GMG-RWT)

_____

Submitted:  August 19, 2025                                    Decided:  September 4, 2025

_____

Before GREGORY and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Deepak Mehra, Appellant Pro Se.  Sarah J. Starrett, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C.; Wendy G. Adkins, JACKSON KELLY PLLC, Morgantown, West Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deepak Mehra appeals the district court's order awarding summary judgment to the United States Department of Labor and affirming the Administrative Review Board's December 21, 2021, decision, which summarily affirmed the Administrative Law Judge's June 29, 2021, order denying Mehra's complaint for damages related to his employment at West Virginia University under an H-1B nonimmigrant visa. Having reviewed de novo the administrative record, and after considering the parties' submissions on appeal, we conclude that the Administrative Review Board's decision is neither arbitrary nor capricious and is supported by substantial evidence. *See* 5 U.S.C. § 706(2)(A), (E); *Greater Mo. Med. Pro-Care Providers, Inc. v. Perez*, 812 F.3d 1132, 1136-37 (8th Cir. 2015). Accordingly, we affirm the district court's order.[*] *Mehra v. U.S. Dep't of Labor*, No. 3:22-cv-00062-GMG-RWT (N.D. W. Va. Nov. 7, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] In addition to rejecting Mehra's contentions of error related to the administrative proceedings, we also reject Mehra's arguments on appeal that he was entitled to extra-record discovery and that the district judge should have recused herself. *See* 28 U.S.C. § 455(a), (b); *Camp v. Pitts*, 411 U.S. 138, 142 (1973).